■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE BUSH, Appellant. [886 NYS2d 355]—Application by the ap-

pellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 11, 2000 (*People v Bush,* 278 AD2d 334 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered February 10, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Dillon and Florio, JJ., concur.